ACCEPTED
02-15-00119-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
4/22/2015 2:31:57 PM
DEBRA SPISAK
CLERK



TAYLOR·OLSON·ADKINS·SRALLA·ELAM
L.L.P.
ATTORNEYS & COUNSELORS

6000 WESTERN PLACE, SUITE 200
I-30 AT BRYANT IRVIN ROAD
FORT WORTH, TEXAS 76107
EMAIL:TOASE@TOASE.COM

TELEPHONE: (817) 332-2580
TOLL FREE: (800) 318-3400
FACSIMILE: (817) 332-4740
WEBSITE: WWW.TOASE.COM

RECEIVED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

04/22/2015 2:31:57 PM

DEBRA SPISAK
Clerk

FREDRICK "FRITZ" QUAST
FQuast@toase.com

April 22, 2015

**Via E-Filing**
Ms. Debra Spisak
Clerk, Second Court of Appeals
Tim Curry Justice Center
401 W. Belknap Street, Suite 9000
Fort Worth, Texas 76196

> Re:   Case No. 02-15-00119-CV; *City of Carrollton vs. Milan Hamrla, Petra Chudejova, Michael and Laura Brewer, Dalia Chavarria, Diane and Gene Hines, and Keith Effert*

Dear Ms. Spisak:

Appellee City of Carrollton requests an electronic searchable copy of the Clerk's Record and the Reporter's Record in the above-referenced matter. A CD copy is acceptable if an electronic copy is not available.

Thank you for your assistance in this matter.

> Sincerely,
>
> /s/Fredrick "Fritz" Quast
> fquast@toase.com
>
> Lead Counsel for Appellee, City of Carrollton

FQ/kh

cc:   **Via Electronic Service**
Meredith A. Ladd
Meredith.Ladd@cityofcarrollton.com
City Attorney for City of Carrollton
1945 E. Jackson Road
Carrollton, Texas 75006
Telephone: (972) 466-3046
Facsimile: (972) 446-3542

cc:     *Via Electronic Service*
       Bruce E. Turner
       bturner@bennettweston.com
       J. Michael Weston
       jmweston@bennettweston.com
       Bennett Weston LaJone & Turner, PC
       1603 LBJ Freeway, Suite 280
       Dallas, Texas 75234